DARYL SHIPP, CONSERVATOR OF SHELLY SHIPP, A PROTECTED PERSON, APPELLEE, V. LINDA JOHNSEN, APPELLANT.

456 N.W.2d 110

Filed June 8, 1990.   No. 88-869.

Michael K. High, of Bruckner, O'Gara, Keating, Sievers & Hendry, P.C., for appellant.

Douglas D. DeLair, of DeLair & DeLair, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon consideration of the record, briefs, and recommendation of the Appellate Division of the District Court, we determine that the order of the district court requiring an accounting was not a final order, and therefore the appeal is dismissed.

APPEAL DISMISSED.